■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHMUEL DYM, Appellant. [995 NYS2d 517]—

Appeal by the defendant from an order of the Supreme Court, Rockland County (Kelly, J.), dated April 3, 2013, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

In determining a defendant's risk level pursuant to the Sex Offender Registration Act (*see* Correction Law art 6-C), the People have the burden of establishing the facts supporting the determination sought by clear and convincing evidence (*see* Cor-

rection Law § 168-n [3]; *People v Mingo*, 12 NY3d 563, 571 [2009]; *People v King*, 80 AD3d 681, 682 [2011]).

Contrary to the defendant's contention, the factors relied upon by the People to determine his classification as a level two sex offender were established by clear and convincing evidence (*see People v Mingo*, 12 NY3d 563, 571-572 [2009]; *People v Johnson*, 85 AD3d 889 [2011]; *People v Fortin*, 29 AD3d 765, 766 [2006]; *People v Mitchell*, 300 AD2d 377, 378 [2002]). Dillon, J.P., Miller, Maltese and Duffy, JJ., concur.